UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

November 12, 2003

9:45 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

CASE NO. **3:02CV2006**    **Centerfolds Inc. v. Berlin**

Thomas R. Gerarde
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190


Norman A. Pattis
Williams & Pattis
51 Elm St.
Ste. 409
New Haven, CT 06510

                                        BY ORDER OF THE COURT
                                        KEVIN F. ROWE, CLERK

*Status conference in March to see if dispositive motions will be filed.*