UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CENTERFOLDS, INC.<br>AND MARIO PIROZZOLI, JR. : | NO.: 3:02CV2006 (WWE) |
| v. : | |
| TOWN OF BERLIN, BONNIE L.<br>THERRIEN, IDA RAGAZZI, JOANNE<br>WARD, JOSEPH ARESIMOWICZ AND :<br>LINDA CIMADON : | FEBRUARY 23, 2004 |

## DEFENDANTS' MOTION TO FILE BRIEF IN EXCESS OF PAGE LIMITATIONS

Defendants, Town of Berlin, Bonnie L. Therrien, Ida Ragazzi, Joanne Ward, Joseph Aresimowicz and Linda Cimadon hereby move the Court to permit the defendants to file the attached Motion for Summary Judgment which includes a Memorandum of Law totaling 42 pages, 2 pages in excess of the page limitation in Local Rule 7(a). The additional pages were necessary due to the numerous defendants and issues discussed, including the constitutionality of Berlin's ordinance concerning sexually oriented businesses, and the affirmative defenses of absolute and qualified immunity asserted on behalf of all the individual defendants.

ORAL ARGUMENT IS NOT REQUESTED

WHEREFORE, defendants respectfully request that the Court grant this Motion.

DEFENDANTS,

TOWN OF BERLIN, BONNIE L. THERRIEN, IDA RAGAZZI, JOANNE WARD, JOSEPH ARESIMOWICZ AND LINDA CIMADON

By_____
   Thomas R. Gerarde
   ct05640
   tgerarde@hl-law.com
   Melinda A. Powell
   ct17049
   mpowell@hl-law.com
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 522-9549 fax

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 23rd day of February, 2004.

Norman A. Pattis, Esquire
51 Elm Street, Suite 409
New Haven, CT  06510

_____
Thomas R. Gerarde