UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CENTERFOLDS, INC.<br>AND MARIO PIROZZOLI, JR. | :<br>: | NO.: 3:02CV2006 (WWE) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF BERLIN, BONNIE L.<br>THERRIEN, IDA RAGAZZI, JOANNE<br>WARD, JOSEPH ARESIMOWICZ AND<br>LINDA CIMADON | :<br>:<br>:<br>: | FEBRUARY 23, 2004 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56(a), the defendants, Town of Berlin, Bonnie L. Therrien, Ida Ragazzi, Joanne Ward, Joseph Aresimowicz and Linda Cimadon move for summary judgment as to the plaintiff's Complaint, dated November 12, 2002. As is more fully set forth in the attached Memorandum of Law, accompanying exhibits and Local Rule 56(a)1 Statement, the defendants are entitled to judgment as a matter of law on the following grounds:

1. The plaintiff's procedural due process claim fails as a matter of law because the plaintiff's permit to operate a cabaret featuring nude dancing was not revoked; the Town Council's vote allowed the plaintiff to continue operations. The plaintiff's business was not closed as a result of any actions of Town officials.

ORAL ARGUMENT IS REQUESTED

2. The Town of Berlin's sexually oriented business ordinance is not overbroad and complies with the First Amendment because it regulates such businesses due to their adverse secondary effects, and not their content. In addition, neither the plaintiff, the dancers which it employs or the patrons have a First Amendment right protecting physical contact between the dancers and patrons.

3. The individual defendant Bonnie Therrien, the Town Manager, is entitled to absolute immunity for bringing enforcement action against the plaintiff, as such conduct was quasi-judicial.

4. The individual defendant Bonnie Therrien is entitled to qualified immunity for her enforcement of the sexually oriented business ordinance because her actions were objectively reasonable.

5. The individual defendants and Town Councilors Ida Ragazzi, Joanne Ward, Joseph Aresimowicz and Linda Cimadon, who, after a hearing, voted to sustain the revocation of the plaintiff's permit to operate are entitled to absolute immunity, as such conduct was quasi-judicial.

6. The individual defendants and Town Councilors Ida Ragazzi, Joanne Ward, Joseph Aresimowicz and Linda Cimadon, who, after a hearing, voted to sustain the revocation of the plaintiff's permit to operate are entitled to qualified immunity because their actions were objectively reasonable.

        DEFENDANTS,
        TOWN OF BERLIN, BONNIE L.
        THERRIEN, IDA RAGAZZI, JOANNE
        WARD, JOSEPH ARESIMOWICZ AND
        LINDA CIMADON

By_____
  Thomas R. Gerarde
  ct05640
  tgerarde@hl-law.com
  Melinda A. Powell
  ct17049
  mpowell@hl-law.com
  Howd & Ludorf
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  (860) 522-9549 Fax

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 23rd day of February, 2004.

Norman A. Pattis, Esquire
51 Elm Street, Suite 409
New Haven, CT  06510

                                                _____
                                                Thomas R. Gerarde