UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CENTERFOLDS, INC. : | |
| AND MARIO PIROZZOLI, JR. : | NO.: 3:02CV2006 (WWE) |
| : | |
| v. : | |
| : | |
| TOWN OF BERLIN, BONNIE L. : | |
| THERRIEN, IDA RAGAZZI, JOANNE : | |
| WARD, JOSEPH ARESIMOWICZ AND : | |
| LINDA CIMADON : | FEBRUARY 23, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the defendants have manually filed their exhibits to the defendants' Motion for Summary Judgment dated February 23, 2004, as follows:

**A**  Centerfolds' License to Operate A Sexually Oriented Business in the Town of Berlin.

**B**  Town of Berlin Ordinance Concerning Sexually Oriented Businesses.

**C**  Transcript of Revocation Hearing dated August 27, 2002.

**D**  Letter to Ms. Ayala, Liquor Division, from Ms. Therrien dated June 14, 2001.

**E**  Liquor Control Division Report of August 19, 2001.

**F**  Letter to Mr. Mario M. Pirozzoli, Jr./ Centerfolds from Ms. Therrien dated July 15, 2002.

| | |
|---|---|
| **G** | Written Application of Appeal. |
| **H** | Centerfolds' Closing Argument and Memorandum of Law. |
| **I** | Transcript of Revocation Hearing dated September 10, 2002. |
| **J** | Letter to Ms. Therrien from Attorney E. Timothy Sullivan, Jr. dated September 13, 2002. |
| **K** | Letter to Mario M. Pirozzoli, Jr./ Centerfolds from Ms. Therrien dated September 18, 2002. |
| **L** | Deposition Transcript of Defendant Ida Ragazzi. |
| **M** | Deposition Transcript of Defendant Joseph Aresimowicz. |
| **N** | Affidavit of Ida Ragazzi. |
| **O** | Affidavit of Joseph Aresimowicz. |
| **P** | Affidavit of Linda Cimadon. |
| **Q** | Affidavit of Joanne Ward. |
| **R** | Minutes of Special Town Council Meeting, October 19, 1999. |
| **S** | Minutes of Town Council Meeting, March 21, 2000. |
| **T** | Minutes of Town Council Meeting, June 20, 2000. |
| **U** | Sexually Oriented Business Ordinance Summary. |
| **V** | Affidavit of Bonnie Therrien. |

          DEFENDANTS,
          TOWN OF BERLIN, BONNIE L.
          THERRIEN, IDA RAGAZZI, JOANNE
          WARD, JOSEPH ARESIMOWICZ AND
          LINDA CIMADON


         By_____
          Thomas R. Gerarde
          ct05640
          tgerarde@hl-law.com
          Melinda A. Powell
          ct17049
          mpowell@hl-law.com
          Howd & Ludorf
          65 Wethersfield Avenue
          Hartford, CT  06114
          (860) 249-1361
          (860) 522-9549 fax


## **CERTIFICATION**

  This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 23rd day of  February, 2004.

Norman A. Pattis, Esquire
51 Elm Street, Suite 409
New Haven, CT  06510


          _____
          Thomas R. Gerarde