UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CENTERFOLDS, INC. <br> AND MARIO PIROZZOLI, JR. | : <br> : <br> : | NO.:  3:02CV2006 (WWE) |
| v. | : <br> : | |
| TOWN OF BERLIN, BONNIE L. THERRIEN, IDA RAGAZZI, JOANNE WARD, JOSEPH ARESIMOWICZ AND LINDA CIMADON | : <br> : <br> : <br> : | FEBRUARY 23, 2004 |

**INDEX OF EXHIBITS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**A**   Centerfolds' License to Operate A Sexually Oriented Business in the Town of Berlin.

**B**   Town of Berlin Ordinance Concerning Sexually Oriented Businesses.

**C**   Transcript of Revocation Hearing dated August 27, 2002.

**D**   Letter to Ms. Ayala, Liquor Division, from Ms. Therrien dated July 1, 2002.

**E**   Liquor Control Division Report of August 19, 2001.

**F**   Letter to Mr. Mario M. Pirozzoli, Jr./ Centerfolds from Ms. Therrien dated July 15, 2002.

**G**   Written Application of Appeal.

**H**   Centerfolds' Closing Argument and Memorandum of Law.

**I**   Transcript of Revocation Hearing dated September 10, 2002.

**J**   Letter to Ms. Therrien from Attorney E. Timothy Sullivan, Jr. dated September 13, 2002.

**K**   Letter to Mario M. Pirozzoli, Jr./ Centerfolds from Ms. Therrien dated September 18, 2002.

**L**   Deposition Transcript of Defendant Ida Ragazzi.

**M**  Deposition Transcript of Defendant Joseph Aresimowicz.

**N**  Affidavit of Ida Ragazzi.

**O**  Affidavit of Joseph Aresimowicz.

**P**  Affidavit of Linda Cimadon.

**Q**  Affidavit of Joanne Ward.

**R**  Minutes of Special Town Council Meeting, October 19, 1999.

**S**  Minutes of Town Council Meeting, March 21, 2000.

**T**  Minutes of Town Council Meeting, June 20, 2000.

**U**  Sexually Oriented Business Ordinance Summary.

**V**  Affidavit of Bonnie Therrien.