disk

18

FILED

2004 FEB 25 P 2: 11

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

CENTERFOLDS, INC.  :
AND MARIO PIROZZOLI, JR.  :

v.  :        NO.: 3:02CV2006 (WWE)

TOWN OF BERLIN, BONNIE L.  :
THERRIEN, IDA RAGAZZI, JOANNE  :
WARD, JOSEPH ARESIMOWICZ AND  :
LINDA CIMADON  :        FEBRUARY 23, 2004

### DEFENDANTS' MOTION TO FILE BRIEF IN EXCESS OF PAGE LIMITATIONS

Defendants, Town of Berlin, Bonnie L. Therrien, Ida Ragazzi, Joanne Ward,

Joseph Aresimowicz and Linda Cimadon hereby move the Court to permit the

defendants to file the attached Motion for Summary Judgment which includes a

Memorandum of Law totaling 42 pages, 2 pages in excess of the page limitation in

Local Rule 7(a). The additional pages were necessary due to the numerous

defendants and issues discussed, including the constitutionality of Berlin's ordinance

concerning sexually oriented businesses, and the affirmative defenses of absolute and

qualified immunity asserted on behalf of all the individual defendants.

Motion GRANTED

WARREN W. EGINTON
United States District Judge

7-3-04

FILED

2004 MAR -3 P 5: 19

US DISTRICT COURT
BRIDGEPORT CT

ORAL ARGUMENT IS NOT REQUESTED