UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CENTERFOLDS, INC., ET AL , | : | |
|     Plaintiff | : | 3:02CV2006 (WWE) |
| | : | |
| VS. | : | |
| | : | |
| TOWN OF BERLIN, ET AL, | : | |
|     Defendant | : | MARCH 11, 2004 |

<u>MOTION FOR EXTENSION OF TIME WITHIN WHICH
TO RESPOND TO SUMMARY JUDGMENT MOTION</u>

    The plaintiff through counsel requests an extension of 30 days within which to respond to the defendant's motion for summary judgment filed on February 23, 2004.

    In support hereof the undersigned represents as follows:

    1.    This is the first request for an extension of time.

    2.    The undersigned recently completed a five-week trial and then began jury selection in another case expected to last at least two weeks. Both cases involve complex issues, one relating to arson, the other regarding a claim of vexatiious litigation. As a result, I am pressed for time and unable to respond to the defendant's motion in this case within the time required by the rules of this Court.

    3.    Thomas Gerarde, counsel for the defendants in this case, consents to this request for an extension of time.

    4.    I am asking that my brief be due in this court on or before April 11, 2004.

                                                                        THE PLAINTIFF
                                                                        CENTERFOLDS, INC.

BY: _____
NORMAN A. PATTIS
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
Fed Bar No. ct13120

## CERTIFICATION

    This is to certify that a copy of the foregoing was mailed, this 11th day of March, 2004, to the above-named counsel of record.

_____
NORMAN A. PATTIS