**FILED**

2004 MAR 11  A 9:50

UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CENTERFOLDS, INC., ET AL,<br>Plaintiff | : 3:02CV2006 (WWE) |
| VS. | : |
| TOWN OF BERLIN, ET AL,<br>Defendant | : MARCH 11, 2004 |

### MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO SUMMARY JUDGMENT MOTION

The plaintiff through counsel requests an extension of 30 days within which to respond to the defendant's motion for summary judgment filed on February 23, 2004.

In support hereof the undersigned represents as follows:

1. This is the first request for an extension of time.

2. The undersigned recently completed a five-week trial and then began jury selection in another case expected to last at least two weeks. Both cases involve complex issues, one relating to arson, the other regarding a claim of vexatiious litigation. As a result, I am pressed for time and unable to respond to the defendant's motion in this case within the time required by the rules of this Court.

3. Thomas Gerarde, counsel for the defendants in this case, consents to this request for an extension of time.

4. I am asking that my brief be due in this court on or before April 11, 2004.

1

*[Margin annotations:]* Motion GRANTED / WARREN W. EGINTON / Senior United States District Judge / 3-20-04

FILED 2004 MAR 22 A 11:26 U.S. DISTRICT COURT BRIDGEPORT, CONN