# EXHIBIT 7

# TOWN OF BERLIN
# SPECIAL TOWN COUNCIL
Tuesday, June 20, 2000
Town Council Chambers
Immediately Following Town Meeting



### A. CALL TO ORDER

Mayor Veronesi called the meeting to order at 7:00 p.m.

### B. PLEDGE OF ALLEGIANCE

### C. ROLL CALL

Those in attendance were:    Councilor Joseph Aresimowicz
Councilor Paul Argazzi
Councilor Linda Cimadon
Councilor Frank Dobeck, Jr.
Councilor Kenneth Jovin
Councilor Constance Marshall
Councilor Ida Ragazzi
Mayor Thomas Veronesi

Absent:    Councilor Linda Olson

Also in attendance:    Bonnie L. Therrien, Town Manager
Herman Middlebrooks, Jr., Asst. to the
Town Manager
Attorney Robert Reynolds (Acting Corp. Counsel)

### D. AUDIENCE OF CITIZENS

Eileen Turek of 133 Worthington Point Road addressed the Council. She presented two petitions, one regarding the Berlin Senior Center standing alone as a department with a full-time Director and a full-time Assistant Director, and the other petition regarding the use of the Community Center for the seniors. She explained that John Heslin, a Berlin High School student, obtained 110 signatures to show their support for the senior citizens of our town to be granted space and storage room for activities and personal items at the new Community Center.

John McIntosh of 111 Simms Road addressed the Council. He expressed his concerns regarding the fence that was erected at the Senior Center.

Thomas Gerdis of 69 Seymour Road addressed the Council. He voiced his ojection to the cutting down of 10 trees to put in a sidewalk in front of Food Mart. He feels

that no one will use the sidewalks and hopes that the Town will leave the remaining three trees.

Councilor Dobeck, Jr. moved to move item #9 next on the agenda.

Seconded by Councilor by Cimadon.

Those voting in favor were:   Councilor Aresimowicz, Councilor Argazzi,
Councilor Cimadon, Councilor Dobeck, Jr.,
Councilor Jovin, Councilor Marshall,
Councilor Ragazzi, Mayor Veronesi.

Vote being 8-0. (MOTION CARRIED)

### 9. Topic re: Department of Community Services – Update

Town Manager Therrien stated that she attended a Commission on Aging meeting on Monday. The Chairman of the Commission on Aging is here tonight to give a report on the meeting.

Barbara Gombotz, Chairwoman of the Commission on Aging, addressed the Council. She stated that it is their recommendation to have a full-time Director and a full-time Assistant Director for the Senior Center and added that the seniors that attended the meeting support this recommendation.

Town Manager Therrien clarified that there was going to be a full-time Director, and a Director of Community Services who would be part-time at the Senior Center and part-time in Social Services. The Assistant Director's position would be eliminated.

Councilor Cimadon moved to postpone this item indefinitely and that the job for a full-time Director should be posted.

Seconded by Councilor Marshall.

Those voting in favor were:   Councilor Aresimowicz, Councilor Argazzi,
Councilor Cimadon, Councilor Dobeck, Jr.,
Councilor Jovin, Councilor Marshall,
Councilor Ragazzi, Mayor Veronesi.

Vote being 8-0. (MOTION CARRIED)

### 1. Topic re: An Ordinance on Sexually Oriented Businesses

Town Manager Therrien stated that this ordinance has gone to a Public Hearing and now requires approval from the Council.

Councilor Cimadon moved to approve the Ordinance #5-00 entitled "AN ORDINANCE CONCERNING SEXUALLY ORIENTED BUSINESSES"

Seconded by Councilor Jovin.

Those voting in favor were:    Councilor Aresimowicz, Councilor Argazzi, Councilor Cimadon, Councilor Dobeck, Jr., Councilor Jovin, Councilor Marshall, Councilor Ragazzi, Mayor Veronesi.

Vote being 8-0. (MOTION CARRIED)

Councilor Argazzi stated now that the ordinance has passed Town staff needs to come up with an application form for this ordinance. He also stated that the existing businesses in Town that fit the definition of Sexually Oriented Businesses should be notified that they must comply with the ordinance within 60 days.

2. Topic re: Waiver of Bid Process & Award – Geographical Information System

Town Manager Therrien stated that Council had appropriated bond money plus there is some General Fund money to start moving ahead with the Geographical Information System. She is recommending that we use our present computer company, Computer Development Systems, Inc., at a cost of $774,000, because they have done an excellent job implementing our entire technological program.

Councilor Aresimowicz moved to waive the proposal/bid provision of the Charter.

Seconded by Councilor Dobeck, Jr.

Those voting in favor were:    Councilor Aresimowicz, Councilor Argazzi, Councilor Cimadon, Councilor Dobeck, Jr., Councilor Jovin, Councilor Marshall, Councilor Ragazzi, Mayor Veronesi.

Vote being 8-0. (MOTION CARRIED)

Councilor Jovin moved to award the Geographical Information System project to Computer Development Systems, Inc.

Seconded by Councilor Marshall.

Those voting in favor were:    Councilor Aresimowicz, Councilor Argazzi, Councilor Cimadon, Councilor Dobeck, Jr.,

3

> Councilor Jovin, Councilor Marshall,
> Councilor Ragazzi, Mayor Veronesi.

Vote being 8-0. (MOTION CARRIED)

3. Topic re: Tax Abatement – Berlin Commerce Park Associates

Town Manager Therrien stated that the Berlin Commerce Park Associates are proposing to build a 30,000 square foot building on Clark Drive, East Berlin. She stated that James Mahoney, Economic Development Director, is here to explain the recommendation from the Economic Development Commission.

James Mahoney, Economic Development Director, addressed the Council. He clarified that they are here tonight for approval for an Infrastructure Loan for Berlin Commerce Park Associates. He stated that this project involves the construction of a 30,000 square foot building. The Economic Development Commission recommends a $10,000 loan; $4,535 of that will be appropriated from the current year's budget Revolving Loan Fund and the balance of $5,465 would be appropriated from the Farmington Avenue Loan Fund.

Councilor Dobeck, Jr. moved to approve the Economic Development Infrastructure Loan in the amount of $10,000.

Seconded by Councilor Marshall.

Those voting in favor were: Councilor Aresimowicz, Councilor Argazzi, Councilor Cimadon, Councilor Dobeck, Jr., Councilor Jovin, Councilor Marshall, Councilor Ragazzi, Mayor Veronesi.

Vote being 8-0. (MOTION CARRIED)

4. Topic re: Refuse Pick Up – Seasonal – Town Parks

Town Manager Therrien stated that the Town went out to bid for seasonal refuse pick up in our Town Parks and received two bids. A cost benefit analysis was done and we discovered it would cost less to stay in-house and pay overtime as opposed to going to an outside contractor.

Councilor Ragazzi moved to transfer $9,265 from Account #1-45-252 Public Grounds – Contractual Services, to Account #1-45-121 Public Grounds – Overtime $8,519, #1-45-133 Public Grounds – Worker's Compensation $151, and to Account #1-45-153 Public Grounds – Social Security - $595, and to reject all bids on seasonal refuse pick-up in Town parks.

Seconded by Councilor Cimadon.

4

Councilor Ragazzi moved to amend her motion to include $840 for materials.

Seconded by Councilor Cimadon.

Councilor Ragazzi moved to withdraw her original motion and her motion to amend.

Councilor Cimadon moved to withdraw both her seconds.

Councilor Ragazzi moved to transfer $9,359 from Account #1-45-252-6 Public Grounds Contractual Services, to Account #1-45-121 Public Grounds $8,519, and to Account #1-45-219 Materials $840.

Seconded by Councilor Aresimowicz.

| | |
|---|---|
| Those voting in favor were: | Councilor Aresimowicz, Councilor Cimadon, Councilor Dobeck, Jr., Councilor Jovin, Councilor Marshall, Councilor Ragazzi, Mayor Veronesi. |
| Opposed: | Councilor Argazzi. |

Vote being 7-1. (MOTION CARRIED)

### 5. Topic re: Renewal of Lease – Bradley Barn – Timberlin Golf Course

Town Manager Therrien reported that we are presently using the Bradley Barn located on Southington Road for a storage and work area. Mr. Bradley is willing to renew the lease for a five year term with the same terms and conditions.

Councilor Cimadon moved to have the Town renew the lease for an additional five years for the use of the barn owned by Mr. Churchill Bradley, Jr., under the same terms and conditions and to authorize the Town Manager to sign the lease.

Seconded by Councilor Jovin.

| | |
|---|---|
| Those voting in favor were: | Councilor Aresimowicz, Councilor Cimadon, Councilor Dobeck, Jr., Councilor Jovin, Councilor Marshall, Councilor Ragazzi, Mayor Veronesi. |
| Opposed: | Councilor Argazzi. |

Vote being 7-1. (MOTION CARRIED)

### 6. Topic re: Award of Bid – Fire Pump

Town Manager Therrien reported that this project had been budgeted for this fiscal year for an upgrade to Engine No. 8 Fire Pump. The lowest bid was $15,000 from Firematic Corporation of Rocky Hill which was $1,500 over budget. Chief Mechanic Jim Simons had informed her that he has $1,500 available in his Vehicle Lift Account that could be allocated for this project.

Councilor Jovin moved the budget transfer of $1,500 from Account #18-35-414 Vehicle Lift, to Account #18-31-402-7 Fire Truck.

Seconded by Councilor Aresimowicz.

Jim Simons, Chief Mechanic, gave a brief explanation as to why Engine No. 8 Fire Pump needs upgrading and the reason he had $1,500 available in the Vehicle Lift Account.

Those voting in favor were: Councilor Aresimowicz, Councilor Argazzi, Councilor Cimadon, Councilor Dobeck, Jr., Councilor Jovin, Councilor Marshall, Councilor Ragazzi, Mayor Veronesi.

Vote being 8-0. (MOTION CARRIED)

Councilor Cimadon moved to award the bid to the Firematic Company of Rocky Hill in accordance with their bid amount of $16,500.

Seconded by Councilor Aresimowicz.

Those voting in favor were: Councilor Aresimowicz, Councilor Argazzi, Councilor Cimadon, Councilor Dobeck, Jr., Councilor Jovin, Councilor Marshall, Councilor Ragazzi, Mayor Veronesi.

Vote being 8-0. (MOTION CARRIED)

### 7. Topic re: Council Representative – Board of Education – Teacher's Negotiations

Town Manager Therrien stated that the Board of Education would like to know which member will be representing the Council for this year's round of negotiations with the Berlin Education Association.

Mayor Veronesi asked if there were any volunteers willing to sit it during negotiations with the Board of Education and the Berlin Education Association.

Councilor Jovin volunteered to be the Council representative during the negotiations with the Berlin Education Association.

### 8. Topic re: Long Range Strategic Planning Committee

Town Manager Therrien stated that at the last Council meeting it was requested to look at the State Statutes and our Charter regarding minority representation. Attorney Sullivan is recommending that there be minority representation on the Long Range Strategic Planning Committees to comply with our Charter.

Councilor Cimadon moved to appoint the people who have applied to the Long Range Planning Committee positions with their first choice as follows:

**Financial:**
Andrea Hart-Mogielnicki (R)
153 Sunset Lane

Patricia Samek (D)
231 Still Meadow Lane

**Facilities:**
Elaine Tata (D)
110 Old Wood Road

Thomas Drain (D)
42 Birch Lane

Steve Wollman (I)
80 Ice Pond Lane

James Horbal (D)
30 Wildem road

Carol Bloor-Nicholls (R)
832 Lower Lane

Steven Joslyn (R)
101 Jeffrey Lane

Steven Waznia (R)
192 Oxyoke Drive

J. Leo Gagne (R)

**Community Services:**
Jay Tulin (D)
25 Wildermere Road

Donald Geshimsky (R)
173 Grandview Avenue

Henry Keezing (I)
190 Ellwood Road

Beverly Schmidt (R)
77 Whispering Brook Drive

Sandra Baclaski (R)
65 Norton Road

Sharon Powell (I)
45 Ridgewood Lane

Frances Geshimsky (R)
173 Grandview Avenue

Babette Wrobel (R)
235 Norton Road

Shirley Keezing (D)
190 Ellwood Road

7

125 Stockings Brook Road

Roy Wiseman (I)
121 Sunset Lane

**Demographics:**

Barbara Breslin (D)
402 Norton Road

Arthur Durity (I)
81 Hart Street

Seconded by Councilor Jovin.

Councilor Cimadon withdrew her motion.

Councilor Jovin withdrew his second.

Councilor Cimadon moved to accept the slate of nominees to be on the Long Range Strategic Planning Committee with the Town Manager to make the determination after discussion with some of the nominees on what committees they will be on, in an attempt to balance the committees.

Seconded by Councilor Jovin.

Councilor Marshall would like to amend the motion to state that all nominees to the committee are electors of the Town of Berlin.

Seconded by Councilor Jovin.

Those voting in favor of the amendment were:
    Councilor Aresimowicz, Councilor Argazzi, Councilor Cimadon, Councilor Jovin, Councilor Marshall, Councilor Ragazzi, Mayor Veronesi.

    Abstained:    Councilor Dobeck, Jr.

Vote being 7-0-1. (MOTION CARRIED)

Councilor Ragazzi moved to remove Ronald Lindgren and Lisa Davis from the Facilities Sub-committee to the Financial Sub-committee.

Seconded by Councilor Aresimowicz.

Councilor Marshall rescinded her above motion to amend as the Charter states that all appointments to boards and commissions shall be electors.

Councilor Cimadon withdrew her motion.

Councilor Jovin withdrew his second.

Councilor Ragazzi withdrew her motion.

Councilor Aresimowicz withdrew his second.

Mayor Veronesi stated that there are no motions on the floor.

Councilor Cimadon moved to nominate to the Long Range Strategic Planning Committees the following people:

**Financial**

Andrea Hart-Mogielnick(R)
153 Sunset Lane

Patricia Samek (D)
231 Still Meadow Lane

Ronald Lindgren (D)
207 Robindale Drive

Lisa Davis (I)
96 Homecrest Drive

**Facilities**

Elaine Tata (D)
110 Old Wood Road

Thomas Drain (D)
42 Birch Lane

Steve Wollman (R)
80 Ice Pond Lane

James Horbal (D)
30 Wildem Road

Carol Bloor-Nicholls (R)
832 Lower Lane

Steven Joslyn (D)
101 Jeffrey Lane

Steven Waznia (R)
192 Oxyoke Drive

J. Leo Gagne
125 Stockings Brook Road

Roy Wiseman (I)
121 Sunset Lane

**Community Services**

Jay Tulin (D)
25 Wildermere Road

Donald Geshimsky (R)
173 Grandview Avenue

9

| | |
|---|---|
| Babette Wrobel (R) | Shirley Keezing (D) |
| 235 Norton Road | 190 Ellwood Road |
| | |
| Henry Keezing (I) | Beverly Schmidt (R) |
| 190 Ellwood Road | 77 Whispering Brook Drive |
| | |
| Sandra Baclaski (R) | Sharon Powell (I) |
| 65 Norton Road | 45 Ridgewood Lane |
| | |
| Frances Geshimsky (R) | |
| 173 Grandview Avenue | |

**Demographics**

| | |
|---|---|
| Barbara Breslin (D) | Arthur Durity (I) |
| 402 Norton Road | 81 Hart Street |

Seconded by Councilor Aresimowicz.

Those voting in favor were:      Councilor Aresimowicz, Councilor Argazzi, Councilor Cimadon, Councilor Dobeck, Jr., Councilor Jovin, Councilor Marshall, Councilor Ragazzi, Mayor Veronesi.

Vote being 8-0. (MOTION CARRIED)

2. **CONSENT AGENDA:**

(a) **DARE - $100 – Elizabeth Sayles**
(b) **Donation - $4,097.65 – State of Connecticut**
(c) **Friendship Place – See attached**
(d) **Tree Donations – Red Maple, a Flowering Pear, and a Sugar Maple – In Memory of Edward Riberio**

Councilor Aresimowicz moved to accept items (a) through (d) on the Consent Agenda.

Seconded by Councilor Jovin.

Those voting in favor were:      Councilor Aresimowicz, Councilor Argazzi, Councilor Cimadon, Councilor Dobeck, Jr., Councilor Jovin, Councilor Marshall, Councilor Ragazzi, Mayor Veronesi.

10

Vote being 8-0. (MOTION CARRIED)

## 3. APPOINTMENTS:

There were no appointments.

## 4. TOWN MANAGER'S REPORT:

1. Electric Deregulation – Town Manager Therrien stated that electric deregulation goes into effect July 1st.

2. Kiwanis Club – Town Manager Therrien reported that the Kiwanis Club donates every year dollars to overlay the portion of Timberlin Golf Course driveway that is used for the soap box derby. They are willing to donate $3,500 for materials and is asking if the Town would help with the installation at a cost of $750 for labor and installation.

## 5. SPECIAL COMMITTEE REPORTS:

a) **Fire Strategic Committee** – Will be meeting June 22nd.

b) **Community Center Committee** – Councilor Jovin reported that the committee met and discussed the acquiring of land.

c) **Playing Field Equity Committee** - Next meeting June 22nd.

## 6. COUNCILORS COMMUNICATION:

Councilor Aresimowicz reported that the drinking fountains at Sage Park are not working.

Councilor Aresimowicz stated that he has been informed by citizens using the weight room at the Community Center that the room is not as cool as the other rooms.

## 7. ACCEPTANCE OF MINUTES: June 13, 2000

Councilor Aresimowicz moved to accept the minutes of June 13th as amended.

Seconded by Councilor Cimadon.

Councilor Marshall noted the following correction: Page 19, 1st paragraph change "Opposed: Councilor Marshall" to "Abstained: Councilor Marshall". Page 15, 1st paragraph, change "Abstained: Councilor Aresimowicz" to "Councilor Aresimowicz was absent during the vote".

11

Counsel Tim Sullivan, Jim Gobes, and Finance Director Gary Clinton.

Seconded by Councilor Olson.

PASSED UNANIMOUSLY. 9-0

Councilor Olson moved to come out of Executive Session at 10:58 p.m.

Seconded by Councilor Dobeck, Jr.

PASSED UNANIMOUSLY. 9-0

Action taken following Executive Session:

Councilor Argazzi move to authorize the Town Manager to sign the agreement with the Town of Berlin and Clarion Construction Management, LLC for the purchase of Kensington Grammar School.

Seconded by Councilor Aresimowicz.

PASSED UNANIMOUSLY. 9-0

Councilor Ragazzi moved to approve the upgrade of two levels for Assistant Town Clerk Cheryl DeFurio and Assistant Town Clerk Marsha Busnarda. Effective date July 1, 2000.

Seconded by Councilor Cimadon.

PASSED UNANIMOUSLY. 9-0

9. **ADJOURNMENT**

Councilor Aresimowicz moved to adjourn the meeting.

Seconded by Councilor Jovin.

PASSED UNANIMOUSLY. 9-0

The meeting was adjourned at 10:59 p.m.

Respectfully submitted,

Joanne G. Ward
Clerk of the Meeting

Thomas J. Veronesi, Mayor

11