# EXHIBIT 8

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CENTERFOLDS, INC
AND MARIO PIROZZOLI, JR.

v.

TOWN OF BERLIN, BONNIE L.
THERRIEN, IDA RAGAZZI, JOANNE
WARD, JOSEPH ARESIMOWICZ AND
LINDA CIMADON

NO.: 3:02CV2006 (WWE)

## AFFIDAVIT OF JOSEPH ARESIMOWICZ

I, Joseph Aresimowicz being duly sworn, depose and say that:

1. I am over 18 years of age and believe in the obligations of an oath.

2. I am a member of the Town Council in the Town of Berlin. I have been a member of the Town Council since November 5, 2002.

3. I was a member of the Town Council who considered whether the plaintiff's permit should be revoked, as recommended by the Town Manager.

4. A hearing on the issue of whether the permit should be revoked was held before the Town Council.

5. I listened to the evidence presented by the Town Manager and the attorney for the plaintiff Daniel Silver, Esq. I also reviewed the documents submitted by the Town Manager as evidence, including the Liquor Commission's investigation report. I also reviewed the Town's ordinance concerning when a license may be revoked. I also reviewed the written brief submitted by Attorney Silver. Based upon all the facts and evidence, I believed that the management or other person in charge at Centerfolds was aware that sexual activities, as defined in Berlin's ordinance, were occurring on the premises. For this reason, I voted to sustain the Town Manager's revocation of plaintiff's permit.

6. During break of the Town Council meeting at which we voted on the revocation issue, met with other members of my political party who sat on the Council, defenda[nt]s Ida Ragazzi, Joanne Ward and Linda Cimadon. The purpose of this meeti[ng] was to discuss the Deputy Mayor's announcement that he was leaving and w[a]s attempting to name his successor without a vote of the full council, as require[d]. At no time did we discuss the merits of whether Centerfolds' permit sh[o]uld be revoked, outside of the context of the Town Council meeting.

7. My deci[si]on in this case was based upon the evidence put forth before me, not for any [i]mproper purpose nor malicious motive.

8. All the a[bo]ve statements are true and based upon my personal experience and knowl[ed]ge of the facts in this case.

Dated at Berlin, [C]onnecticut, this 3rd day of February 2004.

_____
Joseph Aresimowicz

STATE OF CONNECT[IC]UT )
                       ) ss: Berlin
COUNTY OF HARTFO[R]D   )

Subscribed and [s]worn to before me this 3rd day of February 2004.

_____
Commissioner of the Superior Court
Notary Public

My commiss[i]on expires:   KATHRYN J. WALL
                           NOTARY PUBLIC
                           MY COMMISSION EXPIRES FEB. 28. 2008