EXHIBIT 9

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CENTERFOLDS, INC.<br>AND MARIO PIROZZOLI, JR.<br><br>v.<br><br>TOWN OF BERLIN, BONNIE L.<br>THERRIEN, IDA RAGAZZI, JOANNE<br>WARD, JOSEPH ARESIMOWICZ AND<br>LINDA CIMADON | NO.: 3:02CV2006 (WWE) |

### AFFIDAVIT OF JOANNE WARD

I, Joanne Ward, being duly sworn, depose and say that:

    1.    I am over 18 years of age and believe in the obligations of an oath.

    2.    I was a member of the Town Council for the Town of Berlin for two years, from 2001-2003.

    3.    I was a member of the Town Council who considered whether the plaintiff's permit should be revoked, as recommended by the Town Manager.

    4.    A hearing on the issue of whether the permit should be revoked was held before the Town Council.

    5.    I listened to the evidence presented by the Town Manager and the attorney for the plaintiff, Daniel Silver, Esq. I also reviewed the documents submitted by the Town Manger as evidence, including the Liquor Commission's investigation report. I also reviewed the Town's ordinance concerning when a license may be revoked. I also reviewed the written brief submitted by Attorney Silver. Based upon all the facts and evidence, I believed that the management or other person in charge at Centerfolds was aware that sexual activities, as defined in Berlin's ordinance, were occurring on the premises. For this reason, I voted to sustain the Town Manager's revocation of plaintiff's permit.

6. During a break of the Town Council meeting at which we voted on the revocation issue, I met with other members of my political party who sat on the Council, defendants Ida Ragazzi, Joe Aresimowicz and Linda Cimadon. The purpose of this meeting was to discuss the Deputy Mayor's announcement that he was leaving and was attempting to name his successor without a vote of the full council, as required. At no time did we discuss the merits of whether Centerfolds' permit should be revoked, outside of the context of the Town Council meeting.

7. My decision in this case was based upon the evidence put forth before me, and not for any improper purpose. Nor did I act with any malicious motive.

8. All the above statements are true and based upon my personal experience and knowledge of the facts in this case.

Dated at Daytona Beach, Florida this 9th day of February, 2004.


Joanne Ward

STATE OF FLORIDA        )
                        ) ss: Daytona Beach
COUNTY OF VOLUSIA       )

Subscribed and sworn to before me this 9th day of February, 2004.


Notary Public

My commission expires: MAy 15, 2004



DEBBIE G. MOORE
MY COMMISSION # CC 914647
EXPIRES: May 15, 2004
Bonded Thru Notary Public Underwriters