UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CENTERFOLDS, INC.<br>AND MARIO PIROZZOLI, JR. | :<br>: | NO.: 3:02CV2006 (WWE) |
| v. | :<br>:<br>: | |
| TOWN OF BERLIN, BONNIE L.<br>THERRIEN, IDA RAGAZZI, JOANNE<br>WARD, JOSEPH ARESIMOWICZ AND<br>LINDA CIMADON | :<br>:<br>:<br>: | May 16, 2004 |

## **APPEARANCE**

Please enter the appearance of Melinda A. Powell, on behalf of all defendants, in addition to the appearances already on file by this firm.

DEFENDANTS,
TOWN OF BERLIN, BONNIE L.
THERRIEN, IDA RAGAZZI, JOANNE
WARD, JOSEPH ARESIMOWICZ AND
LINDA CIMADON


By_____
  Melinda A. Powell
  ct17049
  Howd & Ludorf
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  (860) 522-9549 fax
  mpowell@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 17th day of May, 2004.

Norman A. Pattis, Esquire
51 Elm Street, Suite 409
New Haven, CT  06510

                                                         _____
                                                         Melinda A. Powell