UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CENTERFOLDS, INC. : | |
| AND MARIO PIROZZOLI, JR. : | NO.: 3:02CV2006 (WWE) |
| : | |
| v. : | |
| : | |
| TOWN OF BERLIN, BONNIE L. : | |
| THERRIEN, IDA RAGAZZI, JOANNE : | |
| WARD, JOSEPH ARESIMOWICZ AND : | |
| LINDA CIMADON : | May 17, 2004 |

## DEFENDANTS' MOTION FOR ENLARGEMENT TO FILE REPLY BRIEF *NUNC PRO TUNC*

Pursuant to Local Rule 7, the defendants, hereby move the Court for an enlargement of time of (4) four days, up to and including this date, in which to file their Reply brief.

The undersigned counsel had substantially completed the brief and had planned to file it on the date due, May 13, 2004, but was then home bound with an unexpected illness for three days, from May 13-15 and was unable to finalize the brief for filing. The brief was finalized on Sunday, May 16, 2004 for filing with the Court on Monday, May 17, 2004.

This is the first request for an enlargement of time made by this defendant relative to the Reply brief.

So as to not delay the filing of the brief any further, the undersigned did not contact opposing counsel as to his position on this motion.

WHEREFORE, the undersigned defendants hereby request that their Motion for Enlargement of Time, up to and including May 17, 2004, be granted.

DEFENDANTS,
TOWN OF BERLIN, BONNIE L. THERRIEN, IDA RAGAZZI, JOANNE WARD, JOSEPH ARESIMOWICZ AND LINDA CIMADON

By_____
Melinda A. Powell
ct17049
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 522-9549 fax
mpowell@hl-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 17th day of May, 2004.

Norman A. Pattis, Esquire
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Melinda A. Powell