UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CENTERFOLDS, INC.<br>AND MARIO PIROZZOLI, JR. : | NO.: 3:02CV2006 (WWE) |
| v. : | |
| TOWN OF BERLIN, BONNIE L.<br>THERRIEN, IDA RAGAZZI, JOANNE<br>WARD, JOSEPH ARESIMOWICZ AND<br>LINDA CIMADON : | May 16, 2004 |

## **DEFENDANTS' REPLY TO PLAINTIFFS' RULE 56(a)(2)**
## **STATEMENT OF MATERIAL FACTS IN DISPUTE**

    1. Defendants admit that they did not personally observe the "specified sexual activities" occur at the plaintiffs' premises. However, the department of liquor control officer testified under oath before the Town Council and was subject to cross-examination by plaintiffs' counsel.

        2. Admitted

        3. Admitted

        4. Admitted that "material violation" is not defined in the ordinance. Defendants are unable to admit or deny rest as they do not understand plaintiffs' interpretation.

5. Admitted that the ordinance states no person may operate if license is not renewed. However, ordinance also states that the decision may be stayed pending appeal of a decision to do so.

6. Admitted that the ordinance states no person may operate if license is suspended. However, ordinance also states that the decision may be stayed pending appeal of a decision to do so.

7. Denied.

8. Denied.

9. Denied, as this portion of the ordinance has been stricken.

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted that she was the Town Manager during the approval process.

DEFENDANTS,
TOWN OF BERLIN, BONNIE L. THERRIEN, IDA RAGAZZI, JOANNE WARD, JOSEPH ARESIMOWICZ AND LINDA CIMADON


By_____
   Melinda A. Powell
   ct17049
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 522-9549 fax
   mpowell@hl-law.com


## **CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 17th day of May, 2004.

Norman A. Pattis, Esquire
51 Elm Street, Suite 409
New Haven, CT  06510


_____
Melinda A. Powell