

FILED

2004 MAY 17 A 11: 18

US DIST[...]
BRIDG[...]

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CENTERFOLDS, INC.<br>AND MARIO PIROZZOLI, JR. | :<br>: NO.: 3:02CV2006 (WWE)<br>: |
| v. | : |
| TOWN OF BERLIN, BONNIE L.<br>THERRIEN, IDA RAGAZZI, JOANNE<br>WARD, JOSEPH ARESIMOWICZ AND<br>LINDA CIMADON | :<br>:<br>:<br>: May 17, 2004 |

Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge
5-22-04

### DEFENDANTS' MOTION FOR ENLARGEMENT TO FILE REPLY BRIEF
### *NUNC PRO TUNC*

Pursuant to Local Rule 7, the defendants, hereby move the Court for an enlargement of time of (4) four days, up to and including this date, in which to file their Reply brief.

The undersigned counsel had substantially completed the brief and had planned to file it on the date due, May 13, 2004, but was then home bound with an unexpected illness for three days, from May 13-15 and was unable to finalize the brief for filing. The brief was finalized on Sunday, May 16, 2004 for filing with the Court on Monday, May 17, 2004.

This is the first request for an enlargement of time made by this defendant relative to the Reply brief.

FILED 2004 MAY 24 P 2: 18 U.S. DISTRICT COURT BRIDGEPORT, CT