**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**CENTERFOLDS, INC., et al.**:
                                       :     **3:02cv2006 (WWE)**
                                       :
**v.**                                 :
                                       :
**TOWN OF BERLIN, et al.**             :
                                       :

ORDER

In <u>Dream Palace v. County of Maricopa</u>, 00-16531 (Sept. 27, 2004), the 9th Circuit applied strict scrutiny to a section of an ordinance regulating nude dancing and held that section to be unconstitutional. The Court gives the parties an opportunity to file supplemental briefs relevant to the 9th Circuit's analysis in <u>Dream Palace</u> by October 29, 2004.

SO ORDERED.

_____/s/_____
WARREN W. EGINTON
SENIOR U.S. DISTRICT JUDGE

Dated this 29th of September, 2004 in Bridgeport, Connecticut.