FEB 07 2005

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CENTERFOLDS, INC. and<br>MARIO PIROZZOLI, JR.,<br>    Plaintiffs | :<br><br>: |
| VS. | : CIVIL NO. 3:02cv2006 (WWE) |
| TOWN OF BERLIN,<br>BONNIE L. THERRIEN,<br>IDA RAGAZZI,<br>JOANNE G. WARD,<br>JOSEPH ARESIMOWICZ, and<br>LINDA CIMADON,<br>    Defendants | : FEBRUARY 4, 2005<br><br>:<br><br>:<br><br>: |

# APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the plaintiffs,

Centerfolds, Inc. and Mario Pirozzoli, Jr.

DATED: February 4, 2005

Kim Coleman Waisonovitz
Federal Bar No. ct25759
Law Offices of Norman A. Pattis
649 Amity Road, P.O. Box 280
Bethany, CT 06524
Telephone (203) 393-3071
Their Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on February 4, 2005, to the following counsel of record:

Thomas R. Gerard, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Kim Coleman Waisonovitz