FILED

2005 FEB -7 P 1: 15

U.S. DISTRICT COURT
BRIDGEPORT, CONN

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CENTERFOLDS, INC. and<br>MARIO PIROZZOLI, JR.,<br>　　Plaintiffs | :<br><br>: |
| VS. | : CIVIL NO. 3:CV02006 (WWE) |
| TOWN OF BERLIN,<br>BONNIE L. THERRIEN,<br>IDA RAGAZZI,<br>JOANNE G. WARD,<br>JOSEPH ARESIMOWICZ, and<br>LINDA CIMADON,<br>　　Defendants | :<br><br>:<br><br>:<br><br>: |

### MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT AS TO ADDITIONAL CHALLENGES TO THE ORDINANCE

The plaintiffs request a thirty day extension, including and up to March 21, 2005, to file their motion for summary judgment. The plaintiffs represent the following:

1. On December 20, 2005, this Court filed its ruling on the defendants' motion for summary judgment.

2. In the Court's ruling, the Court requested that if the plaintiff chose to file a motion for summary judgment it must be filed with the Court by February 18, 2005.

3. Counsel for both parties have been in negotiations regarding several outstanding issues and have not completed their negotiations.

4. Plaintiff does not want to lose the right to file the motion for summary

judgment in the event negotiations do not suceed.

5. This is the plaintiffs's first request for an extension to file a motion for summary judgement.

6. Defendants' counsel has no objection to the extension of time.

THE PLAINTIFFS

BY _____
Kim Coleman Waisonovitz
Federal Bar No. ct25759
Law Offices of Norman A. Pattis LLC
649 Amity Road, P.O. Box 280
Bethany, CT 06524
Telephone (203) 393-3017
Their Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on February 4, 2005, to the following counsel of record:

Thomas R. Gerard, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Kim Coleman Waisonovitz