UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CENTERFOLDS, INC. and<br>MARIO PIROZZOLI, JR.,<br>    Plaintiffs | :<br>:<br>: | |
| VS. | : | CIVIL NO. 3:CV02006 (WWE) |
| TOWN OF BERLIN,<br>BONNIE L. THERRIEN,<br>IDA RAGAZZI,<br>JOANNE G. WARD,<br>JOSEPH ARESIMOWICZ, and<br>LINDA CIMADON,<br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: | <br><br><br><br><br><br>MARCH 24, 2005 |

*CORRECTED* SECOND REQUEST
FOR MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT
AS TO ADDITIONAL CHALLENGES TO THE ORDINANCE

The plaintiffs request a thirty day extension, including and up to April 21, 2005, to file their motion for summary judgment. The plaintiffs represent the following:

1. On December 20, 2005, this Court filed its ruling on the defendants' motion for summary judgment.

2. In the Court's ruling, the Court requested that if the plaintiff chose to file a motion for summary judgment it must be filed with the Court by February 18, 2005.

3. Plaintiff's counsel requested and received an extension of time, until March 21, 2005, to file its summary judgment.

4.  Counsel for both parties have been in negotiations regarding several outstanding issues and have not completed their negotiations.

5.  Plaintiff's counsel recently provided defendant counsel with a demand for settlement, to which the defendant has not responded.

6.  Plaintiff does not want to lose the right to file the motion for summary judgment in the event negotiations do not succeed.

7.  This is the plaintiffs's second request for an extension to file a motion for summary judgement.

8.  Plaintiff inadvertently requested an extension until March 21, 2005 which should have read April 21, 2005.

THE PLAINTIFFS

BY_____
        Kim Coleman Waisonovitz
        Federal Bar No. ct25759
        Law Offices of Norman A. Pattis LLC
        649 Amity Road, P.O. Box 280
        Bethany, CT 06524
        Telephone (203) 393-3017
        Their Attorney

CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on March 24, 2005, to the following counsel of record:

Thomas R. Gerard, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

_____
Kim Coleman Waisonovitz