# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CENTERFOLDS, INC.** and **MARIO PIROZZOLI, JR.**, Plaintiffs | : : : |
| VS. | : CIVIL NO. 3:CV02006 (WWE) |
| **TOWN OF BERLIN,** et al, Defendants | : : : MAY 2, 2005 : : |

### PLAINTIFF'S REQUEST FOR PERMISSION TO FILE MOTION FOR SUMMARY JUDGMENT

The plaintiffs requests that this Court allow the plaintiff to file a motion for summary judgment by June 2, 2005. The plaintiffs represent the following:

1. On December 20, 2005, this Court filed its ruling on the defendants' motion for summary judgment.

2. In the Court's ruling, the Court requested that if the plaintiff chose to file a motion for summary judgment it must be filed with the Court by February 18, 2005.

3. Plaintiff's counsel requested and received an extension of time, until March 21, 2005, to file its summary judgment.

-1-

4. Plaintiff's counsel requested and received an extension of time, until April 21, 2005, to file its summary judgment.

5. Counsel for both parties have been in negotiations regarding several outstanding issues.

6. Over one month ago, Plaintiff's counsel provided defendant counsel with a demand for settlement, to which the defendant stated they would respond within several days.

7. Plaintiff has not had any response from the defendants.

8. Plaintiff's counsel again left a request for the defendants to contact her regarding settlement. Plaintiff has had no response.

9. Plaintiff has negotiated in good faith with the defendants, and has filed extensions with this court in order to negotiate and resolve the outstanding issues.

10. It does not appear that defendants are willing to settle thus the plaintiff must proceed.

11. Plaintiff's counsel has left a message for defendants' counsel but at the time of this motion, defendants' counsel had not responded.

                THE PLAINTIFFS

BY_____
        Kim Coleman Waisonovitz
        Federal Bar No. ct25759
        Law Offices of Norman A. Pattis LLC
        649 Amity Road, P.O. Box 280
        Bethany, CT 06524
        Telephone (203) 393-3017
        Their Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on May 2, to the following counsel of record:

Thomas R. Gerard, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

                _____
                Kim Coleman Waisonovitz