UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CENTERFOLDS, INC. and
MARIO PIROZZOLI, JR.

        v.                     3:02cv2006 WWE

TOWN OF BERLIN, BONNIE L. THERRIEN,
IDA RAGAZZI, JOANNE WARD, JOSEPH
ARESIMOWICZ and LINDA CIMADON

## J U D G M E N T

This matter came on before the Honorable Warren W. Eginton, Senior United States District Judge, as a result of the defendants' motion for summary judgment.

The Court reviewed all of the papers filed in conjunction with the motion and on December 20, 2004, entered a Ruling in favor of the defendants' on plaintiffs' claim of a due process violation and construed plaintiffs' opposition as a motion for summary judgment and granted summary judgment in plaintiffs' favor on the facial challenge to Section 2(gg)'s ban and found it unconstitutional.  On June 6, 2005, the court issued an order, with the agreement of the parties, that the Clerk should enter judgment and close the case.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the individual defendants on plaintiffs' due process claim, in favor of the plaintiffs as to the claim that the Town's Sexually Oriented Business Ordinance was overbroad in violation of the First Amendment and the case is closed.

Dated at Bridgeport, Connecticut, this 13th day of June, 2005.

                                      KEVIN F. ROWE, Clerk

                                      By   /s/ Chrystine W. Cody
                                            Deputy-in-Charge

Entered on Docket _____